UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER S. LONG et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE HOME DEPOT, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01737 KJM JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 15) |

Before the Court is the stipulation of counsel to continue the mandatory scheduling conference. (Doc. 15) The stipulation reports that Defendant Clopay must obtain new counsel due to a conflict discovered by its current attorney. Id. at 1. Apparently, Clopay has the selection process underway but counsel requests a 60-day extension to allow the selection process to be completed and the new attorney to become prepared. Id. at 1-2. Thus, good cause appearing, the Court **ORDERS**:

    1.    The mandatory scheduling conference is **CONTINUED** to **June 15, 2015** at 9:30 a.m. Personal appearances are required.

IT IS SO ORDERED.

    Dated:  **April 14, 2015**                  **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE