UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER S. LONG, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>HOME DEPOT, USA, INC., et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01737 - DAD - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 45) |

On July 27, 2016, the parties notified the Court that "the parties reached an agreement on the material terms of a class action settlement." (Doc. 45) They reported they were engaged in the process of memorializing the settlement in written documents. (*Id.*) Therefore, the Court **ORDERS**:

1. The stipulation to dismiss the action SHALL be filed no later than **August 26, 2016**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **July 28, 2016**                    **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE