# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER S. LONG, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>HOME DEPOT, USA, INC., et al.,<br><br>     Defendants. | Case No.: 1:14-cv-01737 - DAD - JLT<br><br>ORDER EXTENDING DEADLINE BY WHICH TO FILE DISMISSAL DOCUMENTS<br><br>(Doc. 48) |

On July 27, 2016, the parties notified the Court that "the parties reached an agreement on the material terms of a class action settlement." (Doc. 45) Thus, the Court ordered the parties to file their stipulated dismissal by August 26, 2016. (Doc. 47) On August 26, 2016, the plaintiffs reported that they did not receive the settlement documents in sufficient time before their attorney departed on vacation and they need more time to complete the settlement. (Doc. 48) Therefore, the Court **ORDERS** that the stipulation to dismiss the action **SHALL** be filed no later than **September 16, 2016**. **The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **August 29, 2016**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE