# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER S. LONG, et al. ) | Case No.: 1:14-cv-01737 - DAD - JLT |
| Plaintiffs, ) | ORDER CLOSING CASE |
| v. ) | (Doc. 50) |
| HOME DEPOT, USA, INC., et al., ) | |
| Defendants. ) | |

On September 16, 2016, the parties filed a notice of voluntary dismissal under Federal Rules of Civil Procedure 41(a)(1)(A)(ii). (Doc. 11) This Rule allows that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Thus, the Clerk of Court is **DIRECTED** to close this action in light of the stipulation of dismissal with prejudice filed and properly signed pursuant to Rule 41.

IT IS SO ORDERED.

Dated: **September 19, 2016**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE